IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CLAUDIA POTTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-00279 |
| | ) | |
| BEST BUY STORES, L.P., BEST BUY CO., | ) | |
| INC. d/b/a MINNESOTA BEST BUY CO., | ) | |
| INC. and JULIO VILLALOBOS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF DEFENDANTS BEST BUY CO., INC,
BEST BUY STORES, L.P. AND JULIO VILLALOBOS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Defendants in the above-entitled and numbered cause, BEST BUY CO., INC., BEST BUY STORES, L.P. and JULIO VILLALOBOS, hereinafter referred to as "Defendants," file this their Notice of Removal and in support thereof shows the Court as follows:

1.     Defendants have been sued in a civil action filed on or about August 14, 2015, in the 168th District Court for El Paso County, Texas in cause number 2015-DCV2737. Pursuant to Sections 1441 and 1446 of Title 28 of the United Sates Code, Defendants remove this action to the United States District Court for the Western District of Texas, El Paso Division, which is the judicial district in which the action is pending.

2.     The grounds for removal are as follows:

a.     The Plaintiff's Original Petition in this action was served on the registered agent for service of process of Defendant Best Buy Co., Inc. and Defendant Best Buy Stores, L.P. on August 28, 2015 and on Defendant Julio Villalobos

on August 26, 2015, so this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6.

b.    There is complete diversity of citizenship between the parties because Plaintiff alleges that she is a citizen of the State of Texas, and Defendant Best Buy Co., Inc. is a corporation organized and incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota.  Defendant Best Buy Stores, L.P. is a Virginia limited partnership with its principal place of business in the State of Minnesota.  Defendants submit that Defendant Julio Villalobos' citizenship is not relevant for purposes of this inquiry because he was improperly joined solely for the purpose of defeating diversity jurisdiction in federal court.

c.    More than $75,000 exclusive of interest and costs is in controversy in this action because Plaintiff seeks the recovery of damages in excess of $200,000.  *See* Plaintiff's Original Petition, ¶ VI.

3.    Plaintiff's Original Petition alleges that Julio Villalobos violated duties he owed plaintiff in his capacity as a store employee.  See Plaintiff's Original Petition, ¶ III. Plaintiff's Original Petition does not identify any independent duty of care owed by Julio Villalobos to plaintiff. In the absence of an independent duty of reasonable care to the injured party, the employee of a corporate defendant does not incur individual liability for the employer's breach of duty.  *Tri v. J.T.T.*, 162 S.W.3d 552, 562 (Tex. 2005).  Because plaintiff makes no allegations that Mr. Villalobos owed an independent duty of care  separate from that of Best Buy's duty as the premises owner and occupier, plaintiff has no possibility of recovery against Mr. Villalobos under Texas law.  *Bourne*

*v. Wal-Mart Stores, Inc.*, 582 F. Supp. 2d 828,  837 (E. D. Tex. 2008).  Accordingly, Defendant Villalobos was improperly joined and his citizenship should be not be considered for purposes of determining the Court's subject matter jurisdiction based upon diversity of citizenship of the real parties in interest.  *Id.* at 838.

4.      Removal of this case on the basis of diversity of citizenship is not precluded by 28 U.S.C. § 1441(b) because neither BEST BUY CO., INC. nor BEST BUY STORES, L.P. is a citizen of the State of Texas, the State in which this action was brought.

5.      This Court has original federal diversity jurisdiction under 28 U.S.C. § 1332.

6.      A notice to the state court of filing this Notice of Removal is being filed with the District Clerk of El Paso County, Texas on this date.

7.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants are attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, because the conditions for the exercise of diversity of citizenship jurisdiction have been fully met, Defendants BEST BUY CO., INC. and BEST BUY STORES, L.P. respectfully request this Court to assume jurisdiction over this action as provided by law.

Respectfully submitted,


/s/ Ken Coffman
KEN COFFMAN
320 Texas Ave., 2nd Floor
El Paso, Texas  79901-1408
(915) 231-1945 (office)
(915) 225-0555 (fax)
ken@kclawfirm.net
State Bar No. 04497320
Attorney for Defendants BEST BUY CO.,
INC., BEST BUY STORES, L.P. and JULIO
VILLALOBOS


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been electronically served upon Sam J. Legate, attorney for Plaintiff, 109 N. Oregon, Suite 1200, El Paso, Texas 79901 this 21st day of September, 2015.


/s/ Ken Coffman
KEN COFFMAN

-4-